IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CLEVELAND WOODS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-11-350 |
| | § | |
| UNION PACIFIC RAILROAD COMPANY | § | |

## OPINION AND ORDER

Because the "forum selection clause" contained in the Federal Employer's Liability Act, 45 U.S.C. § 56, permits a Plaintiff, like Cleveland Woods, to bring an action in the District Court of any federal district "in which the Defendant shall be doing business at the time of commencing such action," and it is undisputed that Defendant, Union Pacific Railroad Company, does business within the Galveston Division of the Southern District of Texas, it is **ORDERED** that Union Pacific's "Motion to Transfer Venue" (Instrument no. 14) is **DENIED**. Cf. Boyd v. Grand Trunk Western R.R. Co., 338 U.S. 263, 265 (1949)

**DONE** at Galveston, Texas, this \_\_\_\_\_30th\_\_\_\_\_ day of November, 2011.

_____
John R. Froeschner
United States Magistrate Judge