IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| CLEVELAND WOODS | § | |
|---|---|---|
| | § | |
| V. | § | CIVIL ACTION NO. G-11-350 |
| | § | |
| UNION PACIFIC RAILROAD COMPANY | § | |

## ORDER OF DISMISSAL

The Court, having been advised by counsel of record for Plaintiff, Cleveland Woods, that an amicable settlement has been reached in this action, **ORDERS** that this cause be, and it is hereby, **DISMISSED** on the merits without prejudice to the right of either Party to move for reinstatement within **sixty (60)** days upon presentation of adequate proof that the settlement could not be perfected.

**IT IS SO ORDERED.**

SIGNED at Galveston, Texas, this ___15th___ day of June, 2012.

_____
Gregg Costa
United States District Judge