IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CLEVELAND WOODS | § § § § § § § § | Civil Action No. 3:11-cv-350<br>Jury |
| vs. | | |
| UNION PACIFIC RAILROAD COMPANY | | |

### AGREED FINAL JUDGMENT

On the date herein shown below, came on to be heard the above and foregoing cause and thereupon came the parties by and through their attorneys of record and announced to the Court that an agreement had been reached to settle the case without any admission of liability on the part of the Defendant. It appearing to the Court that there is considerable doubt, disagreement, and controversy with reference to the liability of the Defendant to the Plaintiff for any amount of damages arising out of the incidents made the basis of Plaintiff's suit, and it further appearing to the Court that the consideration for said agreement and compromise has heretofore been paid by the Defendant, it is accordingly,

ORDERED by the Court that Plaintiff, CLEVELAND WOODS shall recover nothing of and from Defendants, UNION PACIFIC RAILRAOD COMPANY.

It is further ORDERED that costs of Court are hereby adjudged against the parties incurring same.

DONE in Galveston, Texas, on this 29th day of June, 2012.

_____
JUDGE PRESIDING


**APPROVED:**

_____
Robert M. Tramuto
Jones & Granger
P.O. Box 4340
Houston, Texas 77210
Telephone: (713) 668-0230
Facsimile: (713) 956-7139
**COUNSEL FOR PLAINTIFF
CLEVELAND WOODS**


_____
Fred S. Wilson
Union Pacific Railroad Company
Law department
1001 McKinney, Suite 900
Houston, Texas 77002
(713) 220-3224
(713) 220-3215 facsimile
**COUNSEL FOR DEFENDANT,
UNION PACIFIC RAILROAD COMPANY**